IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:11-cv-00439-MTT |
| | ) |
| L. WAYNE CONNELL and | ) |
| J. BISHOP CONNELL, | ) |
| | ) |
| Defendants. | ) |

**FINAL CONSENT JUDGMENT**

Upon consideration of the parties' Joint Motion for Entry of Final Consent Judgment (DE # 4), and having determined that judgment should be entered consistent with the agreement between plaintiff, United States of America, and defendants, L. Wayne Connell and J. Bishop Connell, it is

ORDERED that the parties' Joint Motion for Entry of Final Consent Judgment is GRANTED, and it is further

ORDERED that plaintiff, United States of America, shall have and recover judgment against defendants, L. Wayne Connell and J. Bishop Connell, jointly and severally for income taxes and interest for the years 1998 through 2001 in the amount of $427,735.22, as of June 8, 2011, plus interest as allowed by 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6621, 6622.

4561974.1

All parties are to bear their respective costs and attorneys' fees.

**DONE AND ORDERED** in Macon, Georgia on  November 15, 2011 .

By:   s/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel for the United States

Wesley J. Boyer
Katz, Flatau, and Boyer, LLP
355 Cotton Ave.
Macon, GA 31201

L. Wayne Connell and J. Bishop Connell
940 Jones Rd.
Byron, GA 31008